UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Honorable Patty Shwartz** | **U.S. Post Office & Courthouse Bldg.** |
| **United States Magistrate Judge** | **Federal Square, Newark, NJ  07101** |
| | **(973) 645-6596** |

June 9, 2006

Noel C. Crowley
Crowley & Crowley, Esqs.
20 Park Place
Morristown, NJ 07960

Anthony J. Laura
Reed Smith LLP
The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5311

John O'Farrell
Francis & O'Farrell
310 South Street
Morristown, NJ 07960

### LETTER ORDER

   RE:   <u>KOENIG v. AUTOMATIC DATA
             Civil Action No. 99-5816(KSH)</u>

Dear Counsel:

     There shall be an in person conference before the Undersigned on **August 17 , 2006 at 1:00 p.m.**  Trial counsel and clients with full settlement authority are required to attend.  Kindly mark your calendars accordingly.

                                  **SO ORDERED.**

                                  s/Patty Shwartz
                                  **United States Magistrate Judge**